UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BONNIE NICOTRA,

    Plaintiff,

v.                                      Case No: 8:21-cv-2125-CEH-JSS

AMERICAN SECURITY
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

Before the Court is the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 19). In accord with the Joint Stipulation for Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)     The Joint Stipulation for Dismissal With Prejudice is **APPROVED** (Doc. 19).

    2)     This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on December 17, 2021.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record